# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-cr-262-SL-1 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| WILLIAM SIZEMORE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A final supervised release violation hearing was conducted on February 24, 2026. Present were the following: Assistant United States Attorney Peter Dailey, representing the United States; Attorney Donald J. Malarcik, Jr., representing the defendant; the defendant William Sizemore and United States Probation Officer Nia Elliott.

Previously, a violation report was filed in this case on November 25, 2025.[1] The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on January 27, 2026. The defendant admitted to the following violations:

---

[1] Supplemental reports were filed on January 1, 2026, and January 22, 2026.

      1. Illicit Drug Use;
      2. Illicit Drug Use;
      3. Illicit Drug Use;
      4. Violation of Standard Condition #3; and
      5. Illicit Drug Use and Alcohol Use.

The magistrate judge filed a report and recommendation on January 28, 2026, in which the magistrate judge recommended that the court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, and 5 of the supplemental violation report.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1, 2, 3, 4, and 5 of the violation report, as supplemented.

A third Supplemental Violation Report was filed in this case on February 19, 2026, At the hearing, the defendant waived his right to an evidentiary hearing and admitted to the following violations:

      6.   Illicit Drug Use, and

      7.   New Law Violation.

Upon review, the Court finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 6 and 7 of the third Supplemental Violation Report.

IT IS ORDERED that sentencing as to all violations (1 through 7) will be held in abeyance for 90 days in order to give the defendant an opportunity to demonstrate a sustained period of compliance. Unless defendant's supervising probation officer requests an earlier hearing, defendant's sentencing hearing will take place on May 26, 2026, at 1:00

p.m. Defendant is to remain on supervision with the same terms and conditions as previously ordered.

      **IT IS SO ORDERED**.


Dated: February 24, 2026

      **HONORABLE SARA LIOI**
      **CHIEF JUDGE**
      **UNITED STATES DISTRICT COURT**